351 F.2d 952
 Robert Michael SYROTCHEN, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 22316.
 United States Court of Appeals Fifth Circuit.
 Nov. 2, 1965.
 
 Robert Michael Syrotchen, pro se.
 James H. Walsh, Asst. U.S. Atty., Jacksonville, Fla., Edward F. Boardman, U.S. Atty., for appellee.
 Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and CARSWELL, District Judge.
 PER CURIAM:
 
 
 1
 The judgment of the trial court is affirmed. Green v. United States, (1st Cir., 1964) 334 F.2d 733.